UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **URSULA DAVIS** | **CIVIL ACTION NO. 17-1171** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MORGAN LEBLANC, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

Upon consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Partial Motion to Dismiss With Prejudice [Doc. No. 18] filed by Plaintiff Ursula Davis is GRANTED, and any and all claims and causes of action asserted by Plaintiff against Defendants Morgan LeBlanc and MGA Insurance Company, Inc. are DISMISSED WITH PREJUDICE, with Defendants Morgan LeBlanc and MGA Insurance Company, Inc. to bear Plaintiff's Caddo Parish Court costs in the amount of $715.55.

MONROE, LOUISIANA, this 14th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE