UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **URSULA DAVIS** | **CIVIL ACTION NO. 17-1171** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MORGAN LEBLANC, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

Upon consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Joint Motion and Order to Dismiss [Doc. No. 21] is GRANTED, and any and all claims and causes of action asserted by Plaintiff Ursula Davis against Defendant State Farm Fire and Casualty Company (incorrectly named State Farm Mutual Insurance Company) are DISMISSED WITH PREJUDICE, each party to bear its own costs. This matter is now closed.

MONROE, LOUISIANA, this 19th day of March, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE